391 A.2d 695

Commonwealth v. Perry, Appellant.

Submitted September 12, 1977. Patrick J. Flannery, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

624

SPAETH, J., concurred in the result.

JACOBS, P. J., dissented.

HOFFMAN, J., dissented based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.